IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SCARLETT HERRERA, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-203 (CDL) |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of June 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk